**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON,<br>Plaintiff,<br>v.<br>CHRISTOPHER D. BAKER,<br>Defendant. | Case No. 1:26-cv-04157-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION AS FRIVOLOUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 5) |

Michael Bruce Anthony McPherson brings this civil action asserting a failure to act by United States Magistrate Judge Christopher D. Baker under 28 U.SC. § 1361. (Doc. 1.) The magistrate judge construed the complaint as a petition for writ of mandamus, screened the complaint pursuant to 28 U.S.C. § 1915A, and concluded that "the action is frivolous and barred by judicial immunity." (Doc. 5 at 4.) Therefore, the magistrate judge recommended that the complaint be dismissed as frivolous with prejudice. (*Id.*)

Plaintiff filed objectionsdisputing the authority of the magistrate judge to take any action in this case. (Doc. 7.) Plaintiff asserts that he "filed a decline of a magistrate jurisdiction in this action." (*Id.* at 1.) He argues the district judge only had authority over the matter, and the Court's procedure allowing the magistrate judge to issue findings and recommendations was "an obstruction of justice." (*Id.* at 3.) Therefore, according to Plaintiff, the magistrate judge's authority is frivolous, and the magistrate judge lacked jurisdiction to issue the Findings and

Recommendations. (*Id.* at 4.) Plaintiff does not otherwise address the specific findings of the magistrate judge. (*See id.* at 1-4.)

Consent was not required for the magistrate judge to screen the complaint, contrary to Plaintiff's arguments. A magistrate judge has authority "to hear and determine any pretrial matter pending before the court" except motions "for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action." 28 U.S.C. § 636(b)(1). Even with dispositive matters, a magistrate judge may "submit to a judge of the court proposed findings of fact and recommendations" to the district judge. *Id.*, § 636(b)(1)(B). Thus, the magistrate judge did not act beyond the scope of her authority by issuing the pending Findings and Recommendations. *See id.*; *see also Gallegos v. Cal. Dep't of Corr. & Rehab.,* 2023 WL 3168360, at *1 (E.D. Cal. Apr. 28, 2023) ("plaintiff's purported 'declination' to magistrate judge jurisdiction has no impact on the assigned magistrate judge's authority to issue findings and recommendations").

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Plaintiff also does not dispute the finding that his claims are frivolous. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 8, 2026 (Doc. 5) are **ADOPTED** in full.
2. The action is dismissed as frivolous with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 16, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE